UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT
CHATTANOOGA

**To:** Attorney Lisa D. Cooper

**Case No.:** 1:15-cv-00185

| **General** | |
|---|---|
| No payment submitted. | |
| Amount due: | |
| Attorney not admitted (See LR 83.5) | |
| Attorney not registered for CM/ECF | ✓ |
| **Complaints** | |
| Cover sheet not included | |
| Summons not completed or filled out improperly | |
| Incorrect party name added | |
| Incorrect party role | |
| Incomplete name | |
| Name in all caps | |
| Address information should not have been entered | |
| Incorrect cause of action chosen | |
| Incorrect nature of suit chosen | |
| Wrong division chosen | |
| **Other filings -- Doc. No.:** | |
| Filed in wrong case | |
| Wrong event used | |
| s/signature missing | |
| Original signature not in compliance with ECF Rule 6 | |
| Multi-part motion not selected | |
| Attachment should be filed separately | |
| Blank pages | |
| Page orientation wrong | |
| Discovery documents improperly filed (See FRCP 5(d)) | |
| Proposed agreed order: joint motion required (See ECF Rule 4.8) | |
| Copyright/Patent form not filed (See LR 3.1.1) | |
| Other: | |

**Action to be taken:** Please register for CM/ECF at
http://tned.uscourts.gov/RegistrationForm.php

Informational only: ☐