UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| PHILLEATRA GAYLOR | ) | |
| | ) | |
| v | ) | No. 1:15-cv-185 |
| | ) | REEVES/STEGER |
| OWEN SMITH, Circuit Librarian, | ) | |
| U.S. Court of Appeals for the Sixth Circuit; | ) | |
| CLARENCE MADDOX, Circuit Executive, | ) | |
| U.S. Court of Appeals for the Sixth Circuit; | ) | |
| MEGAN LYNESS, Federal Property Manager, | ) | |
| U.S. General Services Administration; and | ) | |
| CLIFFORD L. MOSLEY, Representative, | ) | |
| Environmental Health Services. | ) | |

ORDER TO SHOW CAUSE

Atty. Lisa D. Cooper for defendants has failed to register for CM/ECF.

Pursuant to E.D. TN L.R. 5.2, it is ORDERED that, within ten (10) days of the entry of this order, said attorney shall either: (1) register to file and receive future pleadings electronically; or (2) show good cause in writing for not doing so.

Counsel should note that if the reason for not filing electronically is lack of computer equipment, computer illiteracy or lack of training on electronic filing, the Court expects counsel to consult with the Clerk's Office about these issues and include the results of that consultation in the response to this order.

If counsel fails to comply with this order, counsel must appear on **Monday, September 14, 2015, at 9:30 am** for the Court to determine whether counsel should be held in contempt.

SO ORDERED.

ENTER:

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE