UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| PHILLEATRA GAYLOR (*Pro Se*), | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:15-CV-185 |
| v. | ) | (Reeves/Steger) |
| | ) | |
| OWEN SMITH, Circuit Librarian, | ) | |
| U.S. Court of Appeals for the Sixth Circuit; | ) | |
| CLARENCE MADDOX, Circuit Executive, | ) | |
| U.S. Court of Appeals for the Sixth Circuit; | ) | |
| MEGAN LYNESS, Federal Property Manager, | ) | |
| U.S. General Services Administration; and | ) | |
| CLIFFORD L. MOSLEY, Representative, | ) | |
| Environmental Health Services, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The undersigned Assistant United States Attorney, M. Kent Anderson, hereby makes his appearance on behalf of Owen Smith, Circuit Librarian, U.S. Court of Appeals for the Sixth Circuit; Clarence Maddox, Circuit Executive, U.S. Court of Appeals for the Sixth Circuit; and Megan Lyness, Federal Property Manager, U.S. General Services Administration, and is substituted for Assistant United States Attorney, Lisa D. Cooper, in this case[1]. The undersigned is a registered user of the Electronic Case Filing system in the Eastern District of Tennessee. All further pleadings, notices, and orders regarding the above-captioned case should be served on the undersigned.

---

[1] The only proper defendant in a Title VII action is the head of the agency. It is not entirely clear whether Clifford Mosley has been dismissed but both parties have moved the Court in the Northern District of Georgia to dismiss him as a Defendant.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: */s/M. Kent Anderson*
M. KENT ANDERSON (BPR #004199)
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN  37402
Kent.Anderson@usdoj.gov
(423) 752-5140

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by U.S. Mail.  Parties may access this filing through the Court's electronic filing system.  Specifically, this document was sent to Plaintiff via First Class Mail, complete with adequate postage, addressed to:

Philleatra Gaylor, Pro Se
740 Lakeview Avenue, NE
Atlanta, GA  30308

*/s/M. Kent Anderson*
M. Kent Anderson
Assistant United States Attorney

2