# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

PHILLEATRA GAYLOR (*Pro Se*),    )
                               )
          Plaintiff,          )       CASE NO. 1:15-CV-185
     v.                        )       (Reeves/Steger)
                               )
OWEN SMITH, Circuit Librarian,    )
U.S. Court of Appeals for the Sixth Circuit;  )
CLARENCE MADDOX, Circuit Executive,  )
U.S. Court of Appeals for the Sixth Circuit;  )
MEGAN LYNESS, Federal Property Manager, )
U.S. General Services Administration; and  )
CLIFFORD L. MOSLEY, Representative,   )
Environmental Health Services,        )
                               )
         Defendants.        )

## MOTION FOR STATUS CONFERENCE

The United States of America, on behalf of defendants Owen Smith, Circuit Librarian, U.S. Court of Appeals for the Sixth Circuit; Clarence Maddox, Circuit Executive, U.S. Court of Appeals for the Sixth Circuit; and Megan Lyness, Federal Property Manager, U.S. General Services Administration, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee moves the Court for a status conference in this case. This cause was transferred from the Northern District of Georgia to this Court on July 20, 2015. (Doc. No. 15). On August 10, 2015, the Court sent an administrative notice to counsel in the Northern District of Georgia at Atlanta. (Doc. No. 17). On information and belief, it is averred that counsel in Atlanta was out of her office during some or all of this time due to health issues. On August 31, 2015, this Court entered an Order to Show Cause. (Doc. No. 18). Apparently though a clerical oversight, the U.S Attorney's Office in Chattanooga did not receive notice of the transfer of this suit until on or about September 8, 2015. On that date, the undersigned was

then assigned the case. The file was received from Atlanta on September 9, 2015. The undersigned filed a Notice of Appearance along with this motion, thus making moot the Order to Show Cause.

It appears that there is pending a Motion to Dismiss all defendants filed on April 15, 2015. (Doc. No. 5). Plaintiff has also moved to dismiss Clifford Mosley. (Doc. No. 6). Plaintiff also filed a response to the motion filed by the other defendants. (Docs. No. 7 and 8). The motion to transfer to this Court on grounds of venue was granted, but the balance of the motion has not been decided. Therefore, the balance of the motion is now ripe for decision. In order to move the case forward and limit delay, this motion seeks a status conference to determine if the briefing needs to be revised to reflect Sixth Circuit authority or if the Court requires other action. The Defendants would not oppose Plaintiff attending by telephone since she resides in Atlanta.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By:  */s/M. Kent Anderson*
M. KENT ANDERSON (BPR #004199)
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
Kent.Anderson@usdoj.gov
(423) 752-5140

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system. Specifically, this document was sent to Plaintiff via First Class Mail, complete with adequate postage, addressed to:

Philleatra Gaylor, Pro Se
740 Lakeview Avenue, NE
Atlanta, GA 30308

/s/M. Kent Anderson
M. Kent Anderson
Assistant United States Attorney