UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PHILLEATRA GAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:15-CV-185-PLR-CHS |
| | ) |
| OWEN SMITH, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Defendants filed a motion for status conference [R. 20], which was held on October 6, 2015. The following action was taken:

1. Defendants shall supplement their memorandum in support of their motion to dismiss within **forty-five (45) days.**

2. Pursuant to LR 7.1, plaintiff shall have **twenty-one (21)** days to supplement her response to the motion to dismiss after service of defendants' supplemental memorandum.

3. A scheduling order will not be issued until the Court rules on the pending motion to dismiss.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE